**ROBERT L. LANGFORD & ASSOCIATES**
**ROBERT L. LANGFORD, ESQUIRE**
Nevada State Bar #: 003988
616 South Eighth Street
Las Vegas, Nevada 89101
(702) 471-6535
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> JAMIE TEICHMAN, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:10-CR-313-KJD-PAL <br><br> **ORDER** |

IT IS HEREBY ORDERED that Defendant's self surrender date is continued to January 13, 2012 at 12:00 p.m. At that time, the Defendant shall surrender to the institution designated by the Bureau of Prisons for his incarceration. A copy of this order shall be served by the Clerk on the United States Marshals Service and the Federal Bureau of Prisons.

Dated this __4__ day of January, 2012.

_____
United States District Judge